■ In the Matter of JEREMIAH J. FLYNN et al., Respondents, v. THOMAS J. McCoy, as State Administrator of the Administrative Board of the Judicial Conference of the State of New York, Appellant.— Judgment reversed, on the law, without costs, and matter remitted to Special Term for further proceedings. (See *Matter of Aronson* v. *McCoy*, 33 A D 2d 183.) Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.

## (January 12, 1970)

■ In the Matter of BERNICE HOYTE, Petitioner, v. BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK, Respondent.— Motion for reargument granted, without costs, and, upon reargument, the decision dated October 28, 1969 [33 A D 2d 630] and the order entered November 6, 1969 are amended to provide that respondent's determination is modified, pursuant to CPLR 7803 (subd. 3), to direct that petitioner's license be suspended for one year, and, as so modified, confirmed, without costs. Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.

## (January 20, 1970)

■ In the Matter of the Claim of JOSEPHINE SIGISMONDI, Respondent-Appellant, v. SIGISMONDI EXCAVATORS, INC., et al., Appellants-Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion for reargument granted; cross motion for reargument denied. Upon reargument, original decision, dated October 28, 1969 [33 A D 2d 625], modified by deleting the last sentence of the sixth paragraph and the decretal paragraph and substituting therefor: However, we find that the amount of credit the board allowed the carrier was improper. The carrier is entitled to a credit of $53,000 (the value fixed by the Supreme Court for wrongful death damages together with the interest thereon), less attorney's fees and disbursements. Decisions modified, so as to increase the credit allowed the carrier to $53,000, and, as so modified, affirmed, without costs. Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.

■ JOSEPH RICHARDSON, Respondent, v. WILLIAM MILLARD, Defendant, and G. E. VAN VORST COMPANY, INCORPORATED, Appellant.— Motion for reargument and for amendment of notice of appeal. Reargument and amendment of notice of appeal to substitute "G. E. Van Vorst Company, Incorporated" in place of "William Millard" as party appellant granted, without costs. Upon reargument, order affirmed, without costs. Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.